## Maude Krutckoff, Appellant, v. Mabel Krutckoff et al., Appellees.

Gen. No. 45,436. 

John D.
Vosnos, William L. Kelley, and Emmet F. Byrne, for appellants; John
D. Vosnos, of counsel; Bernard M. Epstein, and Winston, Strawn, Shaw
& Black, for appellees; Bernard M. Epstein, and Bruce M. Smith, of
counsel. Opinion by PRESIDING JUSTICE TUOHY. Not to be published in
full. Opinion filed December 18, 1951; released for publication January
22, 1952.